

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| HENRY S. LESEMANN, III, An Incapacitate Adult, by his Guardian, Charlotte S. Lesemann, Plaintiff, | § § § § |
| vs. | § CIVIL ACTION NO. 8:17-00485-MGL |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant. | § § § § |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AS MODIFIED BY THE PARTIES' STIPULATION

This is a Social Security appeal. Pending before the Court is Plaintiff's motion for attorney fees in the amount of $7,032.37 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subsequent to Plaintiff filing this motion, however, the parties stipulated Defendant would instead pay $6,200.00 to Plaintiff.

Having carefully considered the motion, the stipulation, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED AS MODIFIED** by the parties' stipulation.

**IT IS SO ORDERED**.

Signed this 7th day of December, 2017, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE